UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA

                                                            **NOTICE OF APPEARANCE**

   -against-

                                                           **CASE NO.: 23-CR-00204 (LGS)**

**BRUCE SILVA, et al.,**

                **Defendant.**

----------------------------------------X

    **PLEASE TAKE NOTICE**, that the undersigned hereby appears as the attorney for the Defendant, **GABRIEL VALDEZ,** in the above captioned matter.

Dated: Queens, New York
       April 25, 2023

                                                   Yours, etc.,

                                                   *John Russo*

                                                   John L. Russo (JR6200)
                                                 J.L. Russo P.C.
                                                 Attorney for Defendant
                                                 **GABRIEL VALDEZ**
                                                 31-19 Newtown Ave., Suite 500
                                                 Astoria, New York 11102
                                                 Tel No. (718) 777 – 1277

To:    Clerk of the Court (via ECF)
        United States District Court
        Southern District of New York
        500 Pearl Street
        New York, N.Y.