**J.L. Russo, P.C.**
31 - 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: JLRussoPC@Gmail.com

**JOHN L. RUSSO**
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

PARALEGAL
Maria Nunez, B.S.

June 20, 2024

**Via ECF**
Honorable Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *USA v. Gabriel Valdez*
      Case No.: 23-CR-204(PG)

Your Honor:

  This office represents Gabriel Valdez, a defendant in the above referenced matter, which is scheduled for sentencing July 10, 2024. **We write to request an adjournment of sentencing for a period of 45-60 days (i.e. mid-September)** so that the final PSR can be prepared by the Department of Probation and reviewed by the Defendant and counsel.

  On June 12th, some 8 days ago, I received the first *draft* PSR from the Department of Probation. I have been unable to review the *draft* PSR with my client as of yet. Given the time necessary to interpose any objections/corrections to the *draft* PSR and to review a final PSR and prepare a sentencing memo and review same with my client, an adjournment of sentencing is respectfully requested. I have advised the Government of this request; and AUSA Michael Herman advises that there is no objection thereto. I have also advised USPO Alyssa Lopez and she has no objection to this request.

  The Court's consideration of this request is respectfully appreciated. Thank you.

                  Yours truly,

                  /s/*John Russo*
                  John L. Russo (JR6200)

Cc: AUSA Jacob Fiddelman
    AUSA Michael Herman
    USPO Alyssa Lopez

**MEMO ENDORSED**: The application is granted. Defendant Valdez's sentencing is adjourned to **August 21, 2024 at 3:00 p.m.**

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Date: June 24, 2024