**JOHN L. RUSSO**
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

# J.L. Russo, P.C.
31 - 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

PARALEGAL
Maria Nunez, B.S.

September 10, 2024

**Via ECF**
Honorable Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**: The application is granted. The Defendant's sentencing is adjourned to **October 16, 2024, at 3:00 p.m.**

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

Date: September 10, 2024

    Re:    *USA v. Gabriel Valdez*
             Case No.: 23-CR-204(PG)

Your Honor:

    This office represents Gabriel Valdez, a defendant in the above referenced matter, which is scheduled for sentencing September 19, 2024 at 3 p.m. **We write to request an adjournment of sentencing for a period of 30 days** so that the final PSR, which was received by this office on September 5th, can be reviewed by the Defendant and counsel. I am available on October 11th, 16th, 18th or 18th anytime that the Court can accommodate us.

    I have advised AUSA's Fiddelman and AUSA Herman and they consent to this request.

    The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,

*John Russo*
John L. Russo (JR6200)

Cc:  AUSA Jacob Fiddelman
       AUSA Michael Herman