# J.L. Russo, P.C.

*JOHN L. RUSSO*
ATTORNEY AT LAW

COUNSEL
Milton Florez, Esq.
Michael Horn, Esq.

31 · 19 Newtown Avenue, Suite 500
Astoria, New York 11102
Tel: 718 · 777 · 1277
Fax: 718 · 204 · 2310
Email: *JLRussoPC@Gmail.com*

*PARALEGAL*
Maria Nunez, B.S.

October 8, 2024

**Via ECF**
Honorable Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

The Application is granted. *Sentencing is adjourned to October 30, 2024 at 3:00 p.m.*

SO ORDERED:
*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Oct 8 2024

Re:  USA v. Gabriel Valdez
     Case No.: 23-CR-204(PG)

Your Honor:

This office represents Gabriel Valdez, a defendant in the above referenced matter, which is scheduled for sentencing October 16, 2024 at 3 p.m. **We write to request an adjournment of sentencing for a period of 14 days (until October 30th after 1 p.m., or October 31st after 2 p.m.)** so that the final PSR, which was received by this office on September 5th, can be reviewed by the Defendant and counsel; and a sentencing memorandum can be filed within the time set forth by the Court's Rules.

Although the PSR was sent into the MDC on September 12th, the MDC has failed to deliver to provide same to our client. We are having another copy of the PSR hand delivered to the MDC TODAY in the hope that they will provided same to our client in advance of a scheduled counsel visit on Friday. I am available on October 30th after 1 p.m., or October 31st after 2 p.m , if the Court can accommodate us.

I have advised AUSA's Fiddelman and AUSA Herman and they consent to this request. The Court's consideration of this request is respectfully appreciated. Thank you.

Yours truly,

*John Russo*

John L. Russo (JR6200)

Cc: AUSA Jacob Fiddelman
    AUSA Michael Herman