UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>GABRIEL VALDEZ,<br><br>                    Defendant. | **ORDER**<br><br>23 Cr. 204 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        In its October 23, 2024 sentencing submission, the Government states that it has "re-evaluated the evidence with respect to [Co-Defendant Elijah] Pough's March 16, 2021 attempted murder, and has now determined that it is properly considered attempted second-degree murder rather than attempted first-degree murder." (Govt. Br. (Dkt. No. 274) at 9)  By **5:00 p.m. on October 29, 2024**, the Government will make a submission explaining the basis for this determination.

Dated:  New York, New York
         October 28, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge